LABEAUME, Respondent, *vs.* WOOLFOLK, Appellant.

1. A general finding for the plaintiff, with no finding of the value of the thing injured, destroyed or carried away, will not authorize the court to treble the damages, uuder the act concerning "trespass," (R. C. 1845.) *Ewing* v. *Leaton*, 17 Mo. Rep. 465, affirmed.

*Appeal from Ralls Circuit Court.*

*A. H. Buckner* and *Wm. M. Cooke*, for respondent.

GAMBLE, Judge, delivered the opinion of the court.

1. The plaintiff having sued the defendant for entering upon a certain tract of land and carrying away a quantity of wood, the defendant answered, denying the fact of entry and the fact of carrying away the wood. The verdict was for damages generally. The value of the wood was not found. The court,

after the verdict, trebled the damages, under the statute to prevent trespasses. R. C. 1068. The party injured by the trespasses enumerated in the statute, is entitled to recover treble the value of the thing injured, broken, destroyed or carried away. To authorize the court to treble the value, the single value must be found by the jury. Here the verdict is for damages for the entire trespass, by entering upon the land as well as by carrying away the wood. The court could not, in such case, treble the damages. This question was settled in *Ewing* v. *Leaton*, 17 Mo. Rep. 465.

The judgment will be reversed, with the costs in this court, with the concurrence of the other judges, and judgment will be rendered in this court upon the verdict for the damages and the costs in the court below.